| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ 08650-4853 | Memphis, TN 38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2023 to 01/25/2024
**Chapter 13 Case No. 23-20416 / CMG**

Ann W. Chan

Petition Filed Date: 11/07/2023
341 Hearing Date: 12/14/2023
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/03/2024 | $500.00 | 28569249742 | 01/09/2024 | $500.00 | | | | |

**Total Receipts for the Period: $1,000.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $1,000.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Ann W. Chan | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Daniel E. Straffi, Esq. | Attorney Fees | $4,650.00 | $0.00 | $4,650.00 |
| | | No Disbursements: No Check | | | |
| 1 | American Honda Finance | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 2 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $1,508.24 | $0.00 | $0.00 |
| 3 | AFFIRM | Unsecured Creditors | $190.65 | $0.00 | $0.00 |
| 4 | AFFIRM | Unsecured Creditors | $98.63 | $0.00 | $0.00 |
| 5 | AFFIRM | Unsecured Creditors | $25.34 | $0.00 | $0.00 |
| 6 | AFFIRM | Unsecured Creditors | $13.00 | $0.00 | $0.00 |
| 7 | AFFIRM | Unsecured Creditors | $69.99 | $0.00 | $0.00 |
| 8 | AFFIRM | Unsecured Creditors | $30.38 | $0.00 | $0.00 |
| 9 | AFFIRM | Unsecured Creditors | $234.60 | $0.00 | $0.00 |
| 10 | TOYOTA LEASE TRUST<br>»» LEASE 2022 TOYOTA CAMRY | Unsecured Creditors | $8,600.00 | $0.00 | $0.00 |
| 11 | Verizon by American InfoSource as Agent | Unsecured Creditors | $109.06 | $0.00 | $0.00 |
| 12 | WILMINGTON SAVINGS FUND SOCIETY FSB<br>»» JUDGEMENT/47 LORI ST | Secured Creditors | $175,903.62 | $0.00 | $0.00 |
| 13 | PORTFOLIO RECOVERY ASSOCIATES<br>»» BJS | Unsecured Creditors | $2,663.57 | $0.00 | $0.00 |
| 14 | PORTFOLIO RECOVERY ASSOCIATES<br>»» CAPITAL ONE, NA | Unsecured Creditors | $1,651.85 | $0.00 | $0.00 |
| 15 | BAXTER FINANCIAL, LLC<br>»» CHASE BANK USA, NA | Unsecured Creditors | $4,386.94 | $0.00 | $0.00 |
| 16 | US BANK NATIONAL ASSOCIATON<br>»» P/47 LORI ST/1ST MTG | Mortgage Arrears | $210,697.57 | $0.00 | $0.00 |

**Chapter 13 Case No. 23-20416 / CMG**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 1/25/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $1,000.00 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $0.00 | Current Monthly Payment: | $500.00 |
| Paid to Trustee: | $83.00 | Arrearages: | $0.00 |
| Funds on Hand: | $917.00 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more information.**

**View your case information online for *FREE*! Register today at www.ndc.org or scan this code to get started.**

