| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>DENISE CARLON, ESQUIRE<br>KML LAW GROUP, PC<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106<br>215-627-1322<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor<br>U.S. Bank, N.A., et al. | |
| In Re:<br><br>Ann W. Chan,<br><br>Debtor. | Case No.: __23-20416-CMG__<br><br>Chapter: __13__<br><br>Hearing Date: __3/20/2024__<br><br>Judge: __Gravelle__ |

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒  Settled          ☐  Withdrawn

Matter: Motion for Relief re: 47 Lori Street (Docket # 32)

_____

Date: 3/18/2024                                        /s/ Denise Carlon
                                                                 Signature

*rev.8/1/15*