UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with**
**D.N.J.LBR 9004-1**

**STEWART LEGAL GROUP, P.L**.
*Formed in the State of Florida*
Gavin N. Stewart, Esq.
*Of Counsel to Bonial & Associates, P.C.*
401 East Jackson Street, Suite 2340
Tampa, FL 33602
Tel: 813-371-1231/Fax: 813-371-1232
E-mail: gavin@stewartlegalgroup.com
*Attorney for Toyota Motor Credit Corporation*
*as servicing agent for Toyota Lease Trust*

In re:

Ann W. Chan
*aka* Ann Wan Wah Chan
*aka* Ann Chan

                                        Debtor.

Chapter: 13

Case No.: 23-20416-CMG

Hearing Date: March 20, 2024

Judge Christine M. Gravelle

## CERTIFICATION OF CONSENT REGARDING CONSENT ORDER

I certify that with respect to the Consent Order Resolving Motion to Vacate Automatic Stay

("Consent Order") submitted to the Court and agreed to by Toyota Motor Credit Corporation as

servicing agent for Toyota Lease Trust ("Creditor") and the Debtor, the following conditions have

been met:

(a)  The terms of the Consent Order are identical to those set forth in the original

consent order;

(b)  The signatures represented by the /s/_____ on the Consent Order reference

the signatures of consenting parties obtained on the original Consent Order;

(c)  I will retain the original Consent Order for a period of 7 years from the date of closing

of the case or adversary proceeding.

(d)  I will make the original Consent Order available for inspection on request of the

Court or any party in interest; and

(e) I will simultaneously electronically file this certification with the Court, by use of

my login and password, thereby signing same for all purposes including those under Fed. R.

Bankr. P 9011.

Stewart Legal Group, P.L.
Attorney for Toyota Motor Credit Corporation as servicing
agent for Toyota Lease Trust

March 20, 2024                     By: */s/Gavin N. Stewart*
                                        Gavin N. Stewart, Esq.