Form 132 − 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 23−20416−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Ann W. Chan
   aka Ann Wan Wah Chan, aka Ann Chan
   47 Lori Street
   Monroe Township, NJ 08831

Social Security No.:
   xxx−xx−5036

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:           7/3/24
Time:           10:00 AM
Location:       Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

     An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

     **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.


Dated: May 30, 2024
JAN: wdr

                              Jeanne Naughton
                              Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:  
Ann W. Chan  
Debtor

Case No. 23-20416-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 5  
Date Rcvd: May 30, 2024     Form ID: 132     Total Noticed: 58

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 01, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ann W. Chan, 47 Lori Street, Monroe Township, NJ 08831-8644 |
| aty | + | Hill Wallack, LLP, 261 Madison Avenue, 9th Floor, Suite 940-941, New York, NY 10016-2303 |
| aty | + | KML Law Group, PC, 16 Haddon Avenue, Suite 406, Westmont, NJ 08108-2706 |
| cr | + | American Honda Finance Corporation, PO Box 340514, Tampa, FL 33694-0514 |
| cr | + | Franklin Credit Management Corp. as servicer for W, Hill Wallack LLP, 21 Roszel Road PO Box 5226, Princeton, NJ 08543-5226 |
| lm | + | Midland Funding, 999 NW Grand Blvd., Suite 100, Oklahoma City, OK 73118-6051 |
| cr | + | Toyota Motor Credit Corporation, PO Box 340514, Tampa, FL 33694-0514 |
| 520075431 | ++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088 address filed with court:, American Honda Finance, 201 Little Falls Dr, Wilmington, DE 19808-1674 |
| 520134039 | + | Baxter Financial, LLC, c/o Fein Such Kahn & Shepard PC, 6 Campus Drive, Suite 304, Parsippany, NJ 07054-4406 |
| 520075447 | + | Citibank N.A., 111 Wall St, New York, NY 10005-3581 |
| 520075454 | + | Deutsche Bank National Trust Company, c/o Hill Wallack, LLP, 21 Roszel Road PO Box 5226, Princeton, NJ 08543-5226 |
| 520134038 | + | Philip A. Kahn, Esq., Fein Such Kahn & Shepard PC, 6 Campus Drive, Suite 304, Parsippany, NJ 07054-4673 |
| 520075465 | + | Steven Wong, 47 Lori Street, Monroe Township, NJ 08831-8644 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 30 2024 20:47:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 30 2024 20:47:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| lm | | Email/Text: bankruptcynotice@franklincredit.com | May 30 2024 20:47:00 | Franklin Credit Management, PO Box 2301, Jersey City, NJ 07303 |
| cr | ^ | MEBN | May 30 2024 21:14:52 | Toyota Motor Credit Corporation, PO Box 340514, Tampa, FL 33694-0514 |
| 520075432 | | Email/Text: ebnbankruptcy@ahm.honda.com | May 30 2024 20:47:00 | American Honda Finance, Attn: Bankruptcy, PO Box 168088, Irving, TX 75016-8088 |
| 520085605 | | Email/Text: ebnbankruptcy@ahm.honda.com | May 30 2024 20:47:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 520075430 | | Email/PDF: AffirmBKNotifications@resurgent.com | May 30 2024 21:09:47 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520109163 | | Email/PDF: resurgentbknotifications@resurgent.com | May 30 2024 20:59:06 | Affirm, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

| Recipient ID | Notice Method | Date/Time | Recipient |
|---|---|---|---|
| 520075429 | Email/PDF: AffirmBKNotifications@resurgent.com | May 30 2024 21:09:40 | Affirm, Inc., 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520075434 | Email/PDF: bncnotices@becket-lee.com | May 30 2024 20:58:48 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 520075433 | Email/PDF: bncnotices@becket-lee.com | May 30 2024 20:59:08 | Amex, PO Box 981537, El Paso, TX 79998-1537 |
| 520075440 | Email/Text: BarclaysBankDelaware@tsico.com | May 30 2024 20:47:00 | Barclays Bank Delaware, Attn: Bankruptcy, 125 S West St, Wilmington, DE 19801-5014 |
| 520075439 | Email/Text: BarclaysBankDelaware@tsico.com | May 30 2024 20:47:00 | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 520136160 | Email/PDF: resurgentbknotifications@resurgent.com | May 30 2024 20:58:46 | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520075441 | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 30 2024 20:59:00 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 520075442 | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 30 2024 20:58:58 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 520075445 | Email/PDF: Citi.BNC.Correspondence@citi.com | May 30 2024 21:09:39 | Citibank, PO Box 6217, Sioux Falls, SD 57117-6217 |
| 520075446 | Email/PDF: Citi.BNC.Correspondence@citi.com | May 30 2024 20:58:34 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 520075449 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 30 2024 20:47:00 | Comenity Bank/Anniesez, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 520075448 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 30 2024 20:47:00 | Comenity Bank/Anniesez, PO Box 182789, Columbus, OH 43218-2789 |
| 520075451 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 30 2024 20:47:00 | Comenity Bank/Overstock, Attn: Bankruptcy, PO Box 18215, Columbus, OH 43218 |
| 520075450 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 30 2024 20:47:00 | Comenity Bank/Overstock, PO Box 182120, Columbus, OH 43218-2120 |
| 520075452 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 30 2024 20:47:00 | Comenity Bank/Victoria Secret, PO Box 182789, Columbus, OH 43218-2789 |
| 520075453 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 30 2024 20:47:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 520075456 | Email/PDF: Citi.BNC.Correspondence@citi.com | May 30 2024 20:58:32 | Dsnb Bloomingdales, Attn: Bankruptcy, PO Box 8053, Mason, OH 45040-8053 |
| 520075455 | Email/PDF: Citi.BNC.Correspondence@citi.com | May 30 2024 21:09:57 | Dsnb Bloomingdales, PO Box 6789, Sioux Falls, SD 57117-6789 |
| 520075457 | Email/Text: ecourts.col_efilings@fskslaw.com | May 30 2024 20:46:00 | Fein Such Kahn & Shepard, PC, 7 Century Dr Ste 201, Parsippany, NJ 07054-4609 |
| 520075458 | Email/PDF: ais.chase.ebn@aisinfo.com | May 30 2024 20:58:39 | Jpmcb Card, PO Box 15369, Wilmington, DE 19850-5369 |
| 520104225 | + Email/Text: JPMCBKnotices@nationalbankruptcy.com | May 30 2024 20:46:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 520075462 | Email/Text: M74banko@mercedes-benz.com | May 30 2024 20:46:00 | Mercedes - Benz Financial Services, Attn: Bankruptcy, PO Box 685, Roanoke, TX 76262-0685 |
| 520075461 | Email/Text: M74banko@mercedes-benz.com | May 30 2024 20:46:00 | Mercedes - Benz Financial Services, PO Box 961, Roanoke, TX 76262-0961 |
| 520075463 | Email/PDF: ais.midfirst.ebn@aisinfo.com | May 30 2024 20:58:23 | Midland Mortgage Co, PO Box 268959, Oklahoma City, OK 73126-8959 |
| 520075464 | Email/PDF: ais.midfirst.ebn@aisinfo.com | | |

Case 23-20416-CMG   Doc 55   Filed 06/01/24   Entered 06/02/24 00:13:31   Desc Imaged
                              Certificate of Notice   Page 4 of 6

| District/off: 0312-3 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: May 30, 2024 | Form ID: 132 | Total Noticed: 58 |

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  | May 30 2024 20:58:58 | Midland Mortgage Co, Attn: Customer Service/Bankruptcy, PO Box 26648, Oklahoma City, OK 73126-0648 |
| 520132214 |  | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 30 2024 21:10:00 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 520164784 |  | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 30 2024 20:59:04 | Portfolio Recovery Associates, LLC, c/o Bjs, POB 41067, Norfolk VA 23541 |
| 520164758 |  | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 30 2024 21:09:58 | Portfolio Recovery Associates, LLC, c/o Capital One, N.a., POB 41067, Norfolk VA 23541 |
| 520075466 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 30 2024 20:59:01 | Synchrony Bank/Banana Republic, PO Box 71727, Philadelphia, PA 19176-1727 |
| 520075467 |  | Email/PDF: ais.sync.ebn@aisinfo.com | May 30 2024 21:09:39 | Synchrony Bank/Banana Republic, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 520075469 |  | Email/Text: TFS_Agency_Bankruptcy@toyota.com | May 30 2024 20:47:00 | Toyota Financial Services, Attn: Bankruptcy, PO Box 259001, Plano, TX 75025-9001 |
| 520075468 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | May 30 2024 20:47:00 | Toyota Financial Services, PO Box 4102, Carol Stream, IL 60197-4102 |
| 520124349 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | May 30 2024 20:46:00 | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 520134663 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | May 30 2024 20:58:58 | U.S. Bank National Association at. el, c/o MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 520129089 | + | Email/PDF: ebn_ais@aisinfo.com | May 30 2024 21:09:26 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520075471 |  | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 30 2024 20:59:01 | Walmart Credit Services/Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 520075470 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 30 2024 20:58:25 | Walmart Credit Services/Capital One, PO Box 71746, Philadelphia, PA 19176-1746 |
| 520130155 | + | Email/Text: bankruptcynotice@franklincredit.com | May 30 2024 20:47:00 | Wilmington Savings Fund Society, c/o Franklin Credit Management, Corporation, PO BOX 2301, Jersey City, NJ 07303-2301 |

TOTAL: 46

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520102636 | *P++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088, address filed with court:, American Honda Finance, 201 Little Falls Dr, Wilmington, DE 19808-1674 |
| 520102637 | *P++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088, address filed with court:, American Honda Finance, Attn: Bankruptcy, PO Box 168088, Irving, TX 75016-8088 |
| 520102635 | * | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520102634 | * | Affirm, Inc., 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520075437 | * | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 520075438 | * | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 520102639 | * | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 520102642 | * | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 520102643 | * | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 520075435 | * | Amex, PO Box 981537, El Paso, TX 79998-1537 |
| 520075436 | * | Amex, PO Box 981537, El Paso, TX 79998-1537 |
| 520102638 | * | Amex, PO Box 981537, El Paso, TX 79998-1537 |
| 520102640 | * | Amex, PO Box 981537, El Paso, TX 79998-1537 |
| 520102641 | * | Amex, PO Box 981537, El Paso, TX 79998-1537 |
| 520102645 | * | Barclays Bank Delaware, Attn: Bankruptcy, 125 S West St, Wilmington, DE 19801-5014 |

| | | |
|---|---|---|
| 520102644 | * | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 520075443 | * | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 520102647 | * | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 520102649 | * | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 520075444 | * | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 520102646 | * | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 520102648 | * | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 520102650 | * | Citibank, PO Box 6217, Sioux Falls, SD 57117-6217 |
| 520102651 | * | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 520102652 | *+ | Citibank N.A., 111 Wall St, New York, NY 10005-3581 |
| 520102654 | * | Comenity Bank/Anniesez, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 520102653 | * | Comenity Bank/Anniesez, PO Box 182789, Columbus, OH 43218-2789 |
| 520102656 | * | Comenity Bank/Overstock, Attn: Bankruptcy, PO Box 18215, Columbus, OH 43218 |
| 520102655 | * | Comenity Bank/Overstock, PO Box 182120, Columbus, OH 43218-2120 |
| 520102657 | * | Comenity Bank/Victoria Secret, PO Box 182789, Columbus, OH 43218-2789 |
| 520102658 | * | Comenity Bank/Victoria Secret, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 520102661 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, Dsnb Bloomingdales, Attn: Bankruptcy, PO Box 8053, Mason, OH 45040-8053 |
| 520102659 | *+ | Deutsche Bank National Trust Company, c/o Hill Wallack, LLP, 21 Roszel Road PO Box 5226, Princeton, NJ 08543-5226 |
| 520102660 | * | Dsnb Bloomingdales, PO Box 6789, Sioux Falls, SD 57117-6789 |
| 520102662 | * | Fein Such Kahn & Shepard, PC, 7 Century Dr Ste 201, Parsippany, NJ 07054-4609 |
| 520075459 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Jpmcb Card, PO Box 15369, Wilmington, DE 19850-5369 |
| 520102663 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Jpmcb Card, PO Box 15369, Wilmington, DE 19850-5369 |
| 520102664 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Jpmcb Card, PO Box 15369, Wilmington, DE 19850-5369 |
| 520102665 | * | KML Law Group, PC, 216 Haddon Ave Ste 406, Westmont, NJ 08108-2812 |
| 520102667 | * | Mercedes - Benz Financial Services, Attn: Bankruptcy, PO Box 685, Roanoke, TX 76262-0685 |
| 520102666 | * | Mercedes - Benz Financial Services, PO Box 961, Roanoke, TX 76262-0961 |
| 520102668 | * | Midland Mortgage Co, PO Box 268959, Oklahoma City, OK 73126-8959 |
| 520102669 | * | Midland Mortgage Co, Attn: Customer Service/Bankruptcy, PO Box 26648, Oklahoma City, OK 73126-0648 |
| 520102670 | *+ | Steven Wong, 47 Lori Street, Monroe Township, NJ 08831-8644 |
| 520102671 | *+ | Synchrony Bank/Banana Republic, PO Box 71727, Philadelphia, PA 19176-1727 |
| 520102672 | * | Synchrony Bank/Banana Republic, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 520102674 | * | Toyota Financial Services, Attn: Bankruptcy, PO Box 259001, Plano, TX 75025-9001 |
| 520102673 | *+ | Toyota Financial Services, PO Box 4102, Carol Stream, IL 60197-4102 |
| 520245194 | *+ | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 520102676 | * | Walmart Credit Services/Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 520102675 | *+ | Walmart Credit Services/Capital One, PO Box 71746, Philadelphia, PA 19176-1746 |
| 520075460 | ## | KML Law Group, PC, 216 Haddon Ave Ste 406, Westmont, NJ 08108-2812 |

TOTAL: 0 Undeliverable, 51 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 01, 2024          Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 30, 2024 at the address(es) listed below:**

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 5 of 5 |
| Date Rcvd: May 30, 2024 | Form ID: 132 | Total Noticed: 58 |

**Name** **Email Address**

Albert Russo
  on behalf of Trustee Albert Russo docs@russotrustee.com

Albert Russo
  docs@russotrustee.com

Angela Catherine Pattison
  on behalf of Creditor Franklin Credit Management Corp. as servicer for Wilmington Savings Fund Society  FSB, not in its individual capacity but solely as Certificate Trustee of Bosco Credit VI Trust Series 2012-1 apattison@hillwallack.com, apattison@ecf.courtdrive.com

Daniel E. Straffi
  on behalf of Debtor Ann W. Chan bkclient@straffilaw.com g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com

Denise E. Carlon
  on behalf of Creditor U.S. Bank National Association as trustee on behalf of the holders of the Citigroup Mortgage Loan Trust Inc. Asset-Backed Pass-Through Certificates  Series 2007-6 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Denise E. Carlon
  on behalf of Creditor CitiBank NA dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Gavin Stewart
  on behalf of Creditor Toyota Motor Credit Corporation bk@stewartlegalgroup.com

Gavin Stewart
  on behalf of Creditor American Honda Finance Corporation bk@stewartlegalgroup.com

Melissa N. Licker
  on behalf of Creditor Franklin Credit Management Corp. as servicer for Wilmington Savings Fund Society  FSB, not in its individual capacity but solely as Certificate Trustee of Bosco Credit VI Trust Series 2012-1 mlicker@hillwallack.com, HWBKnewyork@ecf.courtdrive.com

U.S. Trustee
  USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 10