| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** | |
| | Case No.:      <u>23-20416</u> |
| In Re: ANN W. CHAN<br>           DEBTOR | Chapter:      <u>13</u> |
| | Judge:      <u>Gravelle, Christine M.</u> |

# CHANGE OF ADDRESS

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding.

**Party's name/type:**     Toyota Lease Trust, Creditor

    **Old Notice Address 1**: Toyota Motor Credit Corporation
                            PO Box 8026
                            Cedar Rapids, Iowa 52408-8026
                            Phone: (800) 874-8822

**And/Or**

    **Old Notice Address 2:** _____
                                 _____
                                 _____

    **New Notice Address**: Toyota Motor Credit Corporation
                              PO Box 8026
                            Cedar Rapids, Iowa 52408-8026
                            Phone: (800) 874-8822

3525-N-6636

**Old Payment Address 1**: Toyota Motor Credit Corporation
PO Box 9490
Cedar Rapids, Iowa 52409-9490
Phone: (800) 874-8822

**And/Or**

**Old Payment Address 2:** _____
_____
_____

**New Payment Address**: Toyota Motor Credit Corporation
PO Box 4700
Phoenix, AZ 85030
Phone: (800) 874-8822

I hereby certify under penalty of perjury that the above information is true.

Date:   06/25/2024               /s/ Natalie Lea
                                  Signature

3525-N-6636