# EXHIBIT B

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1
Denise Carlon, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
U.S. Bank National Association as trustee on behalf of
the holders of the Citigroup Mortgage Loan Trust Inc.
Asset-Backed Pass-Through Certificates, Series 2007-6

CASE NO. 23-20416 CMG
CHAPTER 13
Judge: Christine M. Gravelle

In re:
Ann W. Chan aka Ann Wan Wah Chan aka Ann Chan
                Debtor
Stephen Wong
                Co-Debtor

## CERTIFICATE RE POST-PETITION PAYMENT HISTORY
## ON THE NOTE AND MORTGAGE DATED 12/14/2006

I, __Vannessa Nicholas__, employed as __Vice President__ by MidFirst Bank, for U.S. Bank National Association as trustee on behalf of the holders of the Citigroup Mortgage Loan Trust Inc. Asset-Backed Pass-Through Certificates, Series 2007-6, hereby certifies the following information:

Recorded on 1/5/2007 in Middlesex County, in Book 12081, at Page 0501.

Property Address: 47 Lori Street, Monroe, NJ 08831.

Mortgage Holder: U.S. Bank National Association as trustee on behalf of the holders of the Citigroup Mortgage Loan Trust Inc. Asset-Backed Pass-Through Certificates, Series 2007-6

Mortgagor(s) / Debtor(s): Ann W. Chan aka Ann Wan Wah Chan aka Ann Chan, Stephen Wong

POST-PETITION PAYMENTS (Petition filed on November 7, 2023)

| Date Payment Due | Payment Amount Due | Date Payment Received | Payment Amount Received | How Payment Applied (mo/yr) | Suspense |
|---|---|---|---|---|---|
| Court Order entered April 3, 2024 | | | | | |
| 04/01/2024 | $4,522.73 | | $0.00 | | - |
| 05/01/2024 | $4,541.09 | | $0.00 | | - |
| 06/01/2024 | $4,541.09 | | $0.00 | | - |
| Total Due: $13,604.91 | | Total Received: $0.00 | | Arrears: $13,604.91 | |

Monthly payments past due: 1 mo. X $4,522.73; 2 mos. X $4,541.09
Arrears: $13,604.91

Each current monthly payment is comprised of:
- Principal & Interest: $2,953.22
- R.E. Taxes: $_____
- Insurance: $_____
- Other: $1,587.87 (Specify: Escrow)
- TOTAL: $4,541.09

If the monthly payment has changed during the pendency of the case, please explain (attach separate sheet(s) if necessary) Notice of Mortgage Payment Change filed 4/9/2024 effective 5/1/2024.

PRE-PETITION ARREARS: $208,784.45

I certify under penalty of perjury that the foregoing is true and correct.

Dated: 6/28/24

Signature: _Vannessa Nicholas_
Vice President