UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR-9004-1**

| | |
|---|---|
| KML Law Group, P.C.<br>By: Denise Carlon, Esquire<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106<br>201-549-2363<br>Attorneys for Secured Creditor: U.S. Bank National Association as trustee on behalf of the holders of the Citigroup Mortgage Loan Trust Inc. Asset-Backed Pass-Through Certificates, Series 2007-6 | |
| In Re:<br>Ann W. Chan aka Ann Wan Wah Chan aka Ann Chan<br>　　　　　　　　Debtor<br>Stephen Wong<br>　　　　　　　　Co-Debtor | Case No:　23-20416 CMG<br><br>Chapter:　13<br><br>Judge:　Christine M. Gravelle |

**CERTIFICATION OF SERVICE**

1. I, Natalia Thiel:

    ☐ Represent the _____ in the above-captioned matter.

    ☒ am the secretary/paralegal for Denise Carlon, who represents the <u>Secured Creditor</u> in the above captioned matter.

    ☐ am the _____ in the above case and am representing myself.

2. On 7/2/2024, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

    - Certification of Default
    - Exhibits
    - Proposed Order
    - Certification of Service

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

    Dated:　7/2/2024　　　　　　　　　　　/S/ Natalia Thiel

| Name and Address of Party Served | Relation of Party to the Case | Mode of Service |
|---|---|---|
| Ann W. Chan aka Ann Wan Wah Chan aka Ann Chan<br>47 Lori Street<br>Monroe Township, NJ 08831<br><br>Stephen Wong<br>47 Lori Street<br>Monroe Township, NJ 08831 | Debtor<br><br><br><br><br>Co-Debtor | ☐ Hand-delivered<br><br>☒ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ E-mail<br><br>☐ Notice of Electronic Filing (NEF)<br><br>☐ Other _____<br>    (as authorized by the court *) |
| Daniel E. Straffi<br>Straffi & Straffi, LLC<br>670 Commons Way<br>Toms River, NJ 08755 | Attorney for Debtor | ☐ Hand-delivered<br><br>☒ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ E-mail<br><br>☐ Notice of Electronic Filing (NEF)<br><br>☐ Other _____<br>    (as authorized by the court *) |
| Albert Russo<br>Standing Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ 08650-4853 | Chapter 13 Trustee | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ E-mail<br><br>☒ Notice of Electronic Filing (NEF)<br><br>☐ Other _____<br>    (as authorized by the court *) |