Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey  
402 East State Street  
Trenton, NJ 08608

---

Case No.: 23−20416−CMG  
Chapter: 13  
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Ann W. Chan
   aka Ann Wan Wah Chan, aka Ann Chan
   47 Lori Street
   Monroe Township, NJ 08831

Social Security No.:
   xxx−xx−5036

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 8/7/24 at 09:00 AM

to consider and act upon the following:

**57** − Creditor's Certification of Default (related document:49 Consent Order) filed by Gavin Stewart on behalf of American Honda Finance Corporation. Objection deadline is 07/11/2024. (Attachments: # 1 Certification # 2 Exhibit Consent Order # 3 Proposed Order # 4 Certificate of Service) (Stewart, Gavin)

Dated: 7/12/24

>                                 Jeanne Naughton
>                                 Clerk, U.S. Bankruptcy Court