**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**
Caption in compliance with D.N.J. LBR 9004-1(b)

**HILL WALLACK LLP**
1415 Route 70 East, Suite 309
Cherry Hill, NJ 08034
856-616-8086
Email: apattison@hillwallack.com
*Attorneys for Franklin Credit Management Corporation, as servicer for Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Certificate Trustee of Bosco Credit VI Trust Series 2012-1*

| | |
|---|---|
| In Re:<br><br>Ann W. Chan aka Ann Wan Wah Chan aka Ann Chan<br>    Debtor. | Chapter: 23-20416-CMG<br><br>Case No.: 13<br><br>Judge: Christine M. Gravelle<br><br>Hearing: August 7, 2024 at 10:00 AM |

**OBJECTION OF FRANKLIN CREDIT MANAGEMENT CORPORATION, AS SERVICER FOR WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS CERTIFICATE TRUSTEE OF BOSCO CREDIT VI TRUST SERIES 2012-1
TO THE CONFIRMATION OF THE DEBTOR'S CHAPTER 13 PLAN**

Franklin Credit Management Corporation, as servicer for Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Certificate Trustee of Bosco Credit VI Trust Series 2012-1 ("Franklin") hereby objects to the confirmation of the Debtor's Chapter 13 Plan for the following reasons:

1.    Franklin is a secured creditor of Ann W. Chan (the "Debtor") with respect to real property commonly known as 47 Lori Street, Monroe, New Jersey 08831 (the "Property").

2. Secured Creditor filed a timely Proof of Claim with the Court on January 8, 2024.

3. Secured Creditor objects to the Plan because it omits reference to the Secured Creditor's claim and, instead, provides treatment for "CitiBank, N.A." The plan must be amended to reflect repayment of the total debt due to Secured Creditor in the amount of $175,903.62 at petition filing ("Arrears").

4. Absent amendment requiring repayment of the claim due to the Secured Creditor, the plan fails to satisfy the confirmation requirements of 11 U.S.C § 1325(a)(1).

5. By virtue of the foregoing, confirmation of the Debtor's proposed Plan must be denied.

**WHEREFORE**, for the foregoing reasons, Secured Creditor requests that an Order is entered denying confirmation of Debtor's Chapter 13 Plan or in the alternative that the Debtor's Plan is amended to address the Secured Creditor's objection set forth above, and for such other and further relief as is just and proper.

Respectfully submitted,

**HILL WALLACK LLP**
*Attorneys for Franklin Credit Management Corporation, as servicer for Wilmington Savings Fund Society, FSB, not in its*

*individual capacity but solely as Certificate Trustee of Bosco Credit VI Trust Series 2012-1*

By:*/s/ Angela C. Pattison*

Dated: July 16, 2024

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**
Caption in compliance with D.N.J. LBR 9004-1(b)

**HILL WALLACK LLP**
1415 Route 70 East, Suite 309
Cherry Hill, NJ 08034
856-616-8086
Email: apattison@hillwallack.com
*Attorneys for Franklin Credit Management Corporation, as servicer for Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Certificate Trustee of Bosco Credit VI Trust Series 2012-1*

| In Re: | Chapter: 23-20416-CMG |
|---|---|
| Ann W. Chan aka Ann Wan Wah Chan aka Ann Chan  Debtor. | Case No.: 13  Judge: Christine M. Gravelle  Hearing: August 7, 2024 at 10:00 AM |

## CERTIFICATION OF SERVICE

1. I, Latesha Jenkins:

   ☐ represent the _____ in the above-captioned matter.

   ☒ am the secretary/paralegal for Hill Wallack LLP, who represents the Creditor in the above captioned matter.

   ☐ am the _____ in the above case and am representing myself.

2. On <u>July 16, 2024</u>, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below: ***Objection to Confirmation of Plan***

   I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

                                                                                    */s/   Latesha Jenkins*
   Dated:  July 16, 2024                                              Latesha Jenkins

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Ann W. Chan<br>47 Lori Street<br>Monroe Township, NJ 08831 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
| Daniel E. Straffi<br>Straffi & Straffi, LLC<br>670 Commons Way<br>Toms River, NJ 08755 | Debtors' Attorney | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
| Albert Russo<br>Standing Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ 08650-4853 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |

*May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.