Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 23−20416−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Ann W. Chan
  aka Ann Wan Wah Chan, aka Ann Chan
  47 Lori Street
  Monroe Township, NJ 08831

Social Security No.:
  xxx−xx−5036

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 8/7/24 at 09:00 AM

to consider and act upon the following:

**59** − Creditor's Certification of Default (related document:43 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of U.S. Bank National Association as trustee on behalf of the holders of the Citigroup Mortgage Loan Trust Inc. Asset−Backed Pass−Through Certificates, Series 2007−6. Objection deadline is 07/16/2024. (Attachments: # 1 Exhibit A − Order Curing Post−Petition Arrears # 2 Exhibit B − Certification of Creditor # 3 Proposed Order # 4 Certificate of Service) (Carlon, Denise)

Dated: 7/17/24

                                                  Jeanne Naughton
                                                  Clerk, U.S. Bankruptcy Court