Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 23−20416−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Ann W. Chan
   aka Ann Wan Wah Chan, aka Ann Chan
   47 Lori Street
   Monroe Township, NJ 08831

Social Security No.:
   xxx−xx−5036

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 10/2/24.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).


Dated: October 2, 2024
JAN: bwj

                                                           Jeanne Naughton
                                                           Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 23-20416-CMG |
| Ann W. Chan | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 5 |
| Date Rcvd: Oct 02, 2024 | Form ID: 148 | Total Noticed: 60 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 04, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ann W. Chan, 47 Lori Street, Monroe Township, NJ 08831-8644 |
| aty | + | Hill Wallack, LLP, 261 Madison Avenue, 9th Floor, Suite 940-941, New York, NY 10016-2303 |
| aty | + | KML Law Group, PC, 16 Haddon Avenue, Suite 406, Westmont, NJ 08108-2706 |
| cr | + | American Honda Finance Corporation, PO Box 340514, Tampa, FL 33694-0514 |
| cr | + | Franklin Credit Management Corp. as servicer for W, Hill Wallack LLP, 21 Roszel Road PO Box 5226, Princeton, NJ 08543-5226 |
| lm | + | Midland Funding, 999 NW Grand Blvd., Suite 100, Oklahoma City, OK 73118-6051 |
| 520134039 | + | Baxter Financial, LLC, c/o Fein Such Kahn & Shepard PC, 6 Campus Drive, Suite 304, Parsippany, NJ 07054-4406 |
| 520075447 | + | Citibank N.A., 111 Wall St, New York, NY 10005-3581 |
| 520075460 | | KML Law Group, PC, 216 Haddon Ave Ste 406, Westmont, NJ 08108-2812 |
| 520134038 | + | Philip A. Kahn, Esq., Fein Such Kahn & Shepard PC, 6 Campus Drive, Suite 304, Parsippany, NJ 07054-4673 |
| 520075465 | + | Steven Wong, 47 Lori Street, Monroe Township, NJ 08831-8644 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 02 2024 21:06:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 02 2024 21:06:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| lm | | Email/Text: bankruptcynotice@franklincredit.com | Oct 02 2024 21:05:00 | Franklin Credit Management, PO Box 2301, Jersey City, NJ 07303 |
| cr | ^ | MEBN | Oct 02 2024 21:00:58 | Toyota Motor Credit Corporation, PO Box 340514, Tampa, FL 33694-0514 |
| 520075431 | | EDI: WFFC | Oct 03 2024 00:50:00 | American Honda Finance, 201 Little Falls Dr, Wilmington, DE 19808-1674 |
| 520075432 | | Email/Text: ebnbankruptcy@ahm.honda.com | Oct 02 2024 21:06:00 | American Honda Finance, Attn: Bankruptcy, PO Box 168088, Irving, TX 75016-8088 |
| 520085605 | | Email/Text: ebnbankruptcy@ahm.honda.com | Oct 02 2024 21:06:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 520075430 | | Email/PDF: AffirmBKNotifications@resurgent.com | Oct 02 2024 21:25:17 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520109163 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 02 2024 21:08:23 | Affirm, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520075429 | | Email/PDF: AffirmBKNotifications@resurgent.com | Oct 02 2024 21:24:45 | Affirm, Inc., 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520075434 | | Email/PDF: bncnotices@becket-lee.com | | |

| Recipient ID | Delivery Method | Date/Time | Name/Address |
|---|---|---|---|
| 520075433 | Email/PDF: bncnotices@becket-lee.com | Oct 02 2024 21:25:17 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 520075440 | EDI: TSYS2 | Oct 02 2024 21:25:35 | Amex, PO Box 981537, El Paso, TX 79998-1537 |
| 520075439 | EDI: TSYS2 | Oct 03 2024 00:50:00 | Barclays Bank Delaware, Attn: Bankruptcy, 125 S West St, Wilmington, DE 19801-5014 |
| 520136160 | Email/PDF: resurgentbknotifications@resurgent.com | Oct 03 2024 00:50:00 | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 520075441 | EDI: CAPITALONE.COM | Oct 02 2024 21:09:03 | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520075442 | EDI: CAPITALONE.COM | Oct 03 2024 00:49:00 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 520075445 | EDI: CITICORP | Oct 03 2024 00:49:00 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 520075446 | EDI: CITICORP | Oct 03 2024 00:50:00 | Citibank, PO Box 6217, Sioux Falls, SD 57117-6217 |
| 520075449 | EDI: WFNNB.COM | Oct 03 2024 00:50:00 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 520075448 | EDI: WFNNB.COM | Oct 03 2024 00:50:00 | Comenity Bank/Anniesez, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 520075451 | EDI: WFNNB.COM | Oct 03 2024 00:50:00 | Comenity Bank/Anniesez, PO Box 182789, Columbus, OH 43218-2789 |
| 520075450 | EDI: WFNNB.COM | Oct 03 2024 00:50:00 | Comenity Bank/Overstock, Attn: Bankruptcy, PO Box 18215, Columbus, OH 43218 |
| 520075452 | EDI: WFNNB.COM | Oct 03 2024 00:50:00 | Comenity Bank/Overstock, PO Box 182120, Columbus, OH 43218-2120 |
| 520075453 | EDI: WFNNB.COM | Oct 03 2024 00:50:00 | Comenity Bank/Victoria Secret, PO Box 182789, Columbus, OH 43218-2789 |
| 520075456 | EDI: CITICORP | Oct 03 2024 00:50:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 520075454 | ^ MEBN | Oct 03 2024 00:50:00 | Dsnb Bloomingdales, Attn: Bankruptcy, PO Box 8053, Mason, OH 45040-8053 |
| 520075455 | EDI: CITICORP | Oct 02 2024 21:01:16 | Deutsche Bank National Trust Company, c/o Hill Wallack, LLP, 21 Roszel Road PO Box 5226, Princeton, NJ 08543-5226 |
| 520075457 | Email/Text: ecourts.col_efilings@fskslaw.com | Oct 03 2024 00:50:00 | Dsnb Bloomingdales, PO Box 6789, Sioux Falls, SD 57117-6789 |
| 520075458 | EDI: JPMORGANCHASE | Oct 02 2024 21:05:00 | Fein Such Kahn & Shepard, PC, 7 Century Dr Ste 201, Parsippany, NJ 07054-4609 |
| 520104225 | + Email/Text: JPMCBKnotices@nationalbankruptcy.com | Oct 03 2024 00:49:00 | Jpmcb Card, PO Box 15369, Wilmington, DE 19850-5369 |
| 520075462 | EDI: MERCEDES | Oct 02 2024 21:05:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 520075461 | EDI: MERCEDES | Oct 03 2024 00:50:00 | Mercedes - Benz Financial Services, Attn: Bankruptcy, PO Box 685, Roanoke, TX 76262-0685 |
| 520075463 | EDI: AISMIDFIRST | Oct 03 2024 00:50:00 | Mercedes - Benz Financial Services, PO Box 961, Roanoke, TX 76262-0961 |
| 520075464 | EDI: AISMIDFIRST | Oct 03 2024 00:50:00 | Midland Mortgage Co, PO Box 268959, Oklahoma City, OK 73126-8959 |

Case 23-20416-CMG   Doc 69   Filed 10/04/24   Entered 10/05/24 00:19:15   Desc Imaged
                             Certificate of Notice   Page 4 of 6

| District/off: 0312-3 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Oct 02, 2024 | Form ID: 148 | Total Noticed: 60 |

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  | Oct 03 2024 00:50:00 | Midland Mortgage Co, Attn: Customer Service/Bankruptcy, PO Box 26648, Oklahoma City, OK 73126-0648 |
| 520132214 |  | EDI: PRA.COM | Oct 03 2024 00:50:00 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 520164784 |  | EDI: PRA.COM | Oct 03 2024 00:50:00 | Portfolio Recovery Associates, LLC, c/o Bjs, POB 41067, Norfolk VA 23541 |
| 520164758 |  | EDI: PRA.COM | Oct 03 2024 00:50:00 | Portfolio Recovery Associates, LLC, c/o Capital One, N.a., POB 41067, Norfolk VA 23541 |
| 520075466 | + | EDI: SYNC | Oct 03 2024 00:50:00 | Synchrony Bank/Banana Republic, PO Box 71727, Philadelphia, PA 19176-1727 |
| 520075467 |  | EDI: SYNC | Oct 03 2024 00:50:00 | Synchrony Bank/Banana Republic, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 520075469 |  | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Oct 02 2024 21:05:00 | Toyota Financial Services, Attn: Bankruptcy, PO Box 259001, Plano, TX 75025-9001 |
| 520075468 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Oct 02 2024 21:05:00 | Toyota Financial Services, PO Box 4102, Carol Stream, IL 60197-4102 |
| 520124349 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Oct 02 2024 21:05:00 | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 520319625 |  | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Oct 02 2024 21:05:00 | Toyota Motor Credit Corporation, PO Box 8026, Cedar Rapids, Iowa 52408-8026 |
| 520134663 | + | EDI: AISMIDFIRST | Oct 03 2024 00:50:00 | U.S. Bank National Association at. el, c/o MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 520129089 | + | EDI: AIS.COM | Oct 03 2024 00:50:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520075471 |  | EDI: CAPITALONE.COM | Oct 03 2024 00:49:00 | Walmart Credit Services/Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 520075470 | + | EDI: SYNC | Oct 03 2024 00:50:00 | Walmart Credit Services/Capital One, PO Box 71746, Philadelphia, PA 19176-1746 |
| 520130155 | + | Email/Text: bankruptcynotice@franklincredit.com | Oct 02 2024 21:05:00 | Wilmington Savings Fund Society, c/o Franklin Credit Management, Corporation, PO BOX 2301, Jersey City, NJ 07303-2301 |

TOTAL: 49

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520102636 | *P++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088, address filed with court:, American Honda Finance, 201 Little Falls Dr, Wilmington, DE 19808-1674 |
| 520102637 | *P++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088, address filed with court:, American Honda Finance, Attn: Bankruptcy, PO Box 168088, Irving, TX 75016-8088 |
| 520102635 | * | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520102634 | * | Affirm, Inc., 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520075437 | * | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 520075438 | * | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 520102639 | * | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 520102642 | * | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 520102643 | * | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 520075435 | * | Amex, PO Box 981537, El Paso, TX 79998-1537 |
| 520075436 | * | Amex, PO Box 981537, El Paso, TX 79998-1537 |
| 520102638 | * | Amex, PO Box 981537, El Paso, TX 79998-1537 |

| | | |
|---|---|---|
| 520102640 | * | Amex, PO Box 981537, El Paso, TX 79998-1537 |
| 520102641 | * | Amex, PO Box 981537, El Paso, TX 79998-1537 |
| 520102645 | * | Barclays Bank Delaware, Attn: Bankruptcy, 125 S West St, Wilmington, DE 19801-5014 |
| 520102644 | * | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 520075443 | * | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 520102647 | * | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 520102649 | * | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 520075444 | * | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 520102646 | * | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 520102648 | * | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 520102650 | * | Citibank, PO Box 6217, Sioux Falls, SD 57117-6217 |
| 520102651 | * | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 520102652 | *+ | Citibank N.A., 111 Wall St, New York, NY 10005-3581 |
| 520102654 | * | Comenity Bank/Anniesez, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 520102653 | * | Comenity Bank/Anniesez, PO Box 182789, Columbus, OH 43218-2789 |
| 520102656 | * | Comenity Bank/Overstock, Attn: Bankruptcy, PO Box 18215, Columbus, OH 43218 |
| 520102655 | * | Comenity Bank/Overstock, PO Box 182120, Columbus, OH 43218-2120 |
| 520102657 | * | Comenity Bank/Victoria Secret, PO Box 182789, Columbus, OH 43218-2789 |
| 520102658 | * | Comenity Bank/Victoria Secret, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 520102661 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, Dsnb Bloomingdales, Attn: Bankruptcy, PO Box 8053, Mason, OH 45040-8053 |
| 520102659 | *+ | Deutsche Bank National Trust Company, c/o Hill Wallack, LLP, 21 Roszel Road PO Box 5226, Princeton, NJ 08543-5226 |
| 520102660 | * | Dsnb Bloomingdales, PO Box 6789, Sioux Falls, SD 57117-6789 |
| 520102662 | * | Fein Such Kahn & Shepard, PC, 7 Century Dr Ste 201, Parsippany, NJ 07054-4609 |
| 520075459 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Jpmcb Card, PO Box 15369, Wilmington, DE 19850-5369 |
| 520102663 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Jpmcb Card, PO Box 15369, Wilmington, DE 19850-5369 |
| 520102664 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Jpmcb Card, PO Box 15369, Wilmington, DE 19850-5369 |
| 520102665 | * | KML Law Group, PC, 216 Haddon Ave Ste 406, Westmont, NJ 08108-2812 |
| 520102667 | * | Mercedes - Benz Financial Services, Attn: Bankruptcy, PO Box 685, Roanoke, TX 76262-0685 |
| 520102666 | * | Mercedes - Benz Financial Services, PO Box 961, Roanoke, TX 76262-0961 |
| 520102668 | * | Midland Mortgage Co, PO Box 268959, Oklahoma City, OK 73126-8959 |
| 520102669 | * | Midland Mortgage Co, Attn: Customer Service/Bankruptcy, PO Box 26648, Oklahoma City, OK 73126-0648 |
| 520102670 | *+ | Steven Wong, 47 Lori Street, Monroe Township, NJ 08831-8644 |
| 520102671 | *+ | Synchrony Bank/Banana Republic, PO Box 71727, Philadelphia, PA 19176-1727 |
| 520102672 | * | Synchrony Bank/Banana Republic, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 520102674 | * | Toyota Financial Services, Attn: Bankruptcy, PO Box 259001, Plano, TX 75025-9001 |
| 520102673 | *+ | Toyota Financial Services, PO Box 4102, Carol Stream, IL 60197-4102 |
| 520245194 | *+ | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 520102676 | * | Walmart Credit Services/Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 520102675 | *+ | Walmart Credit Services/Capital One, PO Box 71746, Philadelphia, PA 19176-1746 |

TOTAL: 0 Undeliverable, 51 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 04, 2024                           Signature:         /s/Gustava Winters

District/off: 0312-3 | User: admin | Page 5 of 5
Date Rcvd: Oct 02, 2024 | Form ID: 148 | Total Noticed: 60

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 2, 2024 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Angela Catherine Pattison | on behalf of Creditor Franklin Credit Management Corp. as servicer for Wilmington Savings Fund Society  FSB, not in its individual capacity but solely as Certificate Trustee of Bosco Credit VI Trust Series 2012-1 apattison@hillwallack.com, apattison@ecf.courtdrive.com |
| Daniel E. Straffi | on behalf of Debtor Ann W. Chan bkclient@straffilaw.com g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor U.S. Bank National Association as trustee on behalf of the holders of the Citigroup Mortgage Loan Trust Inc. Asset-Backed Pass-Through Certificates  Series 2007-6 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor CitiBank NA dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor Toyota Motor Credit Corporation bk@stewartlegalgroup.com |
| Gavin Stewart | on behalf of Creditor American Honda Finance Corporation bk@stewartlegalgroup.com |
| Melissa N. Licker | on behalf of Creditor Franklin Credit Management Corp. as servicer for Wilmington Savings Fund Society  FSB, not in its individual capacity but solely as Certificate Trustee of Bosco Credit VI Trust Series 2012-1 mlicker@hinshawlaw.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 10